IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 20-73 |
|---|---|
| Plaintiff, | ) **INDICTMENT** |
| vs. | ) Count 1 |
| | ) 18 U.S.C. §§ 2252(a)(2) and |
| JARED DAILY, | ) 2252(b)(1): Distribution of Child Pornography |
| Defendant. | ) |
| | ) Count 2 |
| | ) 18 U.S.C. §§ 2252(a)(2) and |
| | ) 2252(b)(1): Receipt of Child Pornography |
| | ) |
| | ) Count 3 |
| | ) 18 U.S.C. §§ 2252A(a)(5)(B) and |
| | ) 2252A(b)(2): Accessing Child Pornography |

The Grand Jury charges:

## Count 1
### Distribution of Child Pornography

Between in or about February 2020 and June 2020, in the Northern District of Iowa and elsewhere, the defendant, JARED DAILY, knowingly distributed and attempted to distribute visual depictions of minors engaged in sexually explicit conduct, using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## Count 2
### Receipt of Child Pornography

Between in or about January 2020 and June 2020, in the Northern District of Iowa and elsewhere, the defendant, JARED DAILY, knowingly received and attempted to receive visual depictions of minors engaged in sexually explicit conduct, using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## Count 3
### Accessing Child Pornography

Between in or about January 2020 and June 2020, in the Northern District of Iowa and elsewhere, the defendant, JARED DAILY, knowingly accessed with intent to view visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, a Samsung Galaxy Note 10 cell phone that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

s/Foreperson
_____    Sept. 1, 2020
Grand Jury Foreperson        Date

PETER E. DEEGAN, JR.
United States Attorney

By: /s/ Mark Tremmel

MARK TREMMEL
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 9/1/2020
ROBERT L. PHELPS, CLERK